Good morning, your honors. My name is Ms. Moore. I'm a Warren County attorney on behalf of the office of Joseph E. Smith. And my hearty ask that I invite you to listen to my three minutes of rebuttal. This piece presents an important question about a physically present homeowner's right to ensure that his or her children are in search of their home. What an election should we send if you get an address for the purpose of the probation? In Georgia v. Randolph, if you have an exactly used address, please make no changes to it. Please use these addresses for one. For the purpose of the probation, it is your probationary address. In 2016, Georgia v. Randolph, the United States Supreme Court held that physically present inhabitants expressed refusal to send to a police search. It is despised and abjected, regardless of how you consider it to be a criminal offense. This piece also regulates the rules given in Randolph. Joseph E. Smith is physically present at a home on October 7th, 2010. On the same day, there will be no indication of a home before a search. This is a situation where somebody is looking for a location, saying, a search condition. We need to make sure she's making a sense of the search, and we need to find ways to develop a distinguishing factor. It's a distinguishing factor, but we're going to focus on the source event in writing of the injunctive writing, not the incentive writing. So, here, the county's jurisdiction, the minor areas, near the home location, and there, the officers were searching the home. Of course, the county considered the application of Randolph due to the continence of the non-prohibition rule, and found that Randolph complied with a whole host of important human rights. The county's ranking of two-thirds of the homeless, one-thirds of the blind, and one-third of the disabled. The Wisconsin case, which did not have any standards or significant figures to be held in 2009, these were just human rights rankings, and we thought it was worth seeing the teller's report. And he also gave those cases, although for other reasons, the court didn't comply with it, although Randolph was also responsible for it. The court defined that Randolph should apply to preserve for the better rights of the injunctive writing, and neither do we, which would be a argument that Randolph was in a similar situation to a person being placed under probation, was a jury that he had reconstructed under his consent to comment and execution upon his statement. We asked questions, though. Of course, juries have to decide whether or not to speak on a reason such as a right to be in the home, a right to leave the home, or a right to leave the home. It's only the jury that had right to structure the case. Now, there are many lawyers who do this, but people are instructed under the jury structures that we're given. And it's just a case that you can be just innocent and control the reason that a jury is having trouble in the area. You don't have to be consented to the search. The way the jury was instructed implied that the fact that you're seeing a consent, you're seeing a statement consented to the search, was to spot it as you were being regarded by the judge as being under legal expectation of a right to be in the home. Well, because it's a jury, it has to be correct. And also, it's just an incident in which it's released to the institution as a statement. So, what do you make of that? I'm looking at the verdict form here. Verdict form. The questions are, do I think that Joseph is in a reasonable expectation of a right to be in the home? Yes or yes. Does she understand that he has no reasonable expectation of a right to be in the home? Yes or yes. But no, no, no. The problem is, Julie, whether the police officers participated or not in the course of the search, something that's required for the police to be in the home, so what do you infer, really, between what you see in the search and the jury's analysis based on the findings of the search? Well, it just means that, yeah, A, it's not an expectation of a right to be in the home. The fact that both Joseph and Anne, which is the minor aides at an expectation of a right to be in their home, she has resulted in the jury finding that there was force-amendment violation because Josephine was able to express an objection to the search within a particular survey's expectation of privacy, and the officers were permitted to enter the home and search over her objection under one of the force-amendment rights. So the fact that the jury found that she had a force-amendment right only in consideration of expectation of privacy in her home will infer that there's no argument that force-amendment should apply and that it should be prosecuted for the violation of her right. Okay, great. Just a little bit. What's the interesting point? We're going to apply the totality of the search because it's really interesting to me that the jury can look at all of the search cases that are out there. Okay. What's the jury find? So she's using these old expectations, really, because she didn't know what was wrong with the jury's search decisions. Well, it's great about that reply. It's great about the fact that she's worried about this And so the court finds around justifying the fact that these are arguments that the jury was incompetent in searching. Are arguments based on the fact that the jury was incompetent in searching regarding the legal effects of Josephine's objection? Do you want the judge to stop the jury because Josephine's been asserting her objections in the penalty? Or do you want the observation court to have the right to argue? Because, firstly, you can't search the totality of the search if you get elements with these claims. Josephine, you're arguing that you have to. Exactly. I think that's an underlying constitutional violation. And the claims were being included in a claim that required an additional element to find that the violation of the constitutional right was a combination of influence, intimidation, or coercion. And so you have an additional factual element that the jury would have to find to which you said it had a constitutional basis. Now, all of those questions the jury found that you represented in the court. And you argue that the reason the jury found that you were independent is because it was clear in the search that there was no evidence that the search was favorable as to the extent of the objection in the way the jury was instructed or was not instructed in the way that the jury was instructed in the objection. So there's a number of reasons. One of the reports that the jurors did issue in the time period that the information search was found is that the court was going to need to use to apply to the H.R. 247 to see if the case appeals to particular needs. Actually, our point in the 481, the interdiscriminate cost case, where two external energy products that they were allowing their brothers to keep without parole to use their basement. The test is looking to see if the court found that when the parole officer showed up to conduct a parole board search on the night of the June 5th, that both sisters were physically present to handle the argument of Randolph-25 and intended to establish that the search was on constitutional basis. The search might also be there or held at the time of the search was conducted before Randolph-25 The officers have called for an immunity in both Smith and H.R. 238. In our case, under the Bain Act, we chose to leave for any claim that the federal appellate school would be legal here. Even if the totality of circumstances in which your position is taken, the parole order rules would not exist at the time of the search. You can think of the fact that this particular case makes it so important for the release from Randolph. One of the most typical cases in all of the cases that took place at Randolph, for the most part, there's been sessions where the probation officer will only actually give an address, actually give that address, which is something that H.R. would always do to you. And in the Bain Act, and in all of the Bain Act sessions, the Bain Act would be a case in which one of the people here for the jury is to consider a case in which it wasn't completed. The way these cases are handled is that it also means that there's a lot of judgments that are going to be made in the analysis of whether the search is to be solved or not is already been told to the jury. The jury gets to work and the jury ultimately gets to decide if such and such a case should be brought in. It was an interception of the way that the jury intercepted the case. It was a way to talk to the interceptions team about how it was interpreted. Was there ever a process in which the court used an interception? Because you can tell almost all the time you may have argued this situation and what supports they felt and the right evidence for what happened must those interceptions be seen in the complaints. If the way that the interceptions were argued if it was all around the agreement if that's how reading off reads and that's how the model jury instruction KB 325 implies to consent reads the interceptions were used to say use this language if the defendant is relying on an incentive to be third party and go back to actually applying the argument that the interception was relying on an incentive to be third party just to see justifying the validity of the search and so that would be a fact of the court which would include the fact that language searches are not used in interceptions until the submission to the court was for the language overran all federal objectives that it has to serve. So this is very consensual by the model jury that's basically the end of the American International Coalitions which is sort of an automatic agency of common sense coercive law versus this all of the immense responsibilities that the interceptions project has to pursue is a matter of your own judgment. It's a little bit more nuanced than that. I think I would argue certainly that the fact that a change in these reform procedures anyway is an evidence of coercion and I think ultimately it is a question of law almost. It is always a question of law because they're violating her right to be free from a court amendment by engaging in these acts of coercion which are impossible to do without coercion. While it seems that there has to be a situation essentially where it is not coercion because other actors   of coercion have been involved in these cases. There are cases that have been found that have been found that have been found that have been found that have been found that have been found that have been found that haven't been found that have not been found have occurred on April 4th, 2013. The police have gotten a search warrant for the home. The police have gotten warrant for the home.  police have gotten a have gotten a search      have gotten a search
judges: Schroeder, Nguyen, Adelman